UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RUEBEN GODINO,

     Plaintiff,

     v.

TRI-CITY RAILROAD
COMPANY, LLC, a Washington
corporation,

     Defendant.

NO.  CV-10-5100-RHW

**ORDER GRANTING
STIPULATED MOTION FOR
DISMISSAL, WITH PREJUDICE**

Before the Court is the parties' Stipulated Motion for Dismissal, With Prejudice (ECF No. 49).  The motion was heard without oral argument and on an expedited basis.

   The parties ask that the above-captioned action be dismissed with prejudice and without costs or attorney's fees to any party.

   Accordingly, **IT IS HEREBY ORDERED:**

   1.   The parties' Stipulated Motion for Dismissal, With Prejudice (ECF No. 49) is **GRANTED**.

*///*

*///*

*///*

*///*

*///*

*///*

**ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL, WITH PREJUDICE** ~ 1

1    2.    The above-captioned action is **dismissed**, with prejudice and without

2    costs or fees to any party.

3    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

4    Order, forward copies to counsel, and **close the file**.

5    **DATED** this 27th day of February, 2012.

6

7                              *s/Robert H. Whaley*
                              ROBERT H. WHALEY
8                            United States District Judge

9

10

11

12    Q:\aCIVIL\2010\Godino\dismiss.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL, WITH PREJUDICE  ~ 2**